**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antonio Germaine JOHNSON,
Defendant–Appellant.**

No. 09–6030.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 9, 2009.

Antonio Germaine Johnson, Appellant Pro Se. Rose Mary Sheppard Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Germaine Johnson appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 4:02–cr–00579–CWH–1 (D.S.C. Dec. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*